IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA SHUE,
    Plaintiff,

vs.                                            Case No.: 3:18cv512/LAC/EMT

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 23, 2019 (ECF No. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

3. The **JUDGMENT** is entered, pursuant to sentence four of 42 U.S.C. § 405(g), **AFFIRMING** the decision of the Commissioner.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of August, 2019.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**